JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTIER ANDERSON,<br><br>PLAINTIFF(S)<br>v.<br><br>CITY OF LONG BEACH, ET AL.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-1928 VBK<br><br>**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |

This action having been tried before the Court sitting with a jury, the Honorable <u>VICTOR B. KENTON</u>, United States Magistrate Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

<u>CARTIER ANDERSON</u>

take nothing; that the action be dismissed on the merits.

Clerk, U. S. District Court

Dated: <u>May 31, 2013</u>            By   <u>Roxanne Horan</u>
                                              Deputy Clerk

At:   <u>3:45 p.m.</u>

cc:    Counsel of record